UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>TAKEYTA WEST,<br><br>  Defendant. | CR06-373 TSZ<br><br>ORDER FOR WITHDRAWAL<br>OF UNCLAIMED FUNDS |

Upon the application of Paul Stanfield, docket no. 40, on behalf of Oak Point Partners, LLC ("Applicant"), seeking payment of $19.56 representing funds previously unclaimed by Mervyn's, and it appearing from the application and supporting documentation that Applicant is entitled to the unclaimed funds, the Court now orders that the Clerk disburse $19.56, as well as any future restitution payments, to Applicant at the following address:

>   Oak Point Partners, LLC
>   P.O. Box 1033
>   Northbrook, IL  60065-1033

Dated this 23rd day of October, 2019.

*/s/ Thomas S. Zilly*
Thomas S. Zilly
United States District Judge

ORDER FOR WITHDRAWAL OF UNCLAIMED FUNDS - 1